ARNOLD SAPHIRSTEIN ESQ.
as8157
155 Bellmore Road
East Meadow New York 11554
Tele: (516) 731-6011
and
ALAN LEBENBAUM, ESQ.
al2774
2807 KINGS HIGHWAY
BROOKLYN NY 11229
Tele: (917) 826-1371


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA
and the STATE OF NEW YORK,                NOTICE OF VOLUNTARY
ex rel ENRICO MONTAPERTO                  PARTIAL DISMISSAL
                                          PURSUANT TO
               Plaintiffs,                FED.R.CIV.P.
                                          41(a)(1)(i)

          -against-                       Civil Action No. 05-Civ.-4911
                                          (LDW)(SMG)

NEW PARKWAY HOSPITAL, a not-
for-profit New York State Corporation;
PARKWAY HOSPITAL ACQUISITION,
INC, a not-for-profit New York State
Corporation; NYU DOWNTOWN HOSPITAL,
a not-for-profit New York State Corporation;
OUR LADY OF MERCY MEDICAL
CENTER, a not-for-profit New York State
Corporation; VICTORY MEMORIAL HOSPITAL,
a not-for-profit New York State Corporation; SAINT
VINCENT CATHOLIC MEDICAL CENTERS OF
NEW YORK, a not-for-profit New York State
Corporation; SAINT VINCENT'S MIDTOWN HOSPITAL,
a not-for-profit New York State Corporation;
SAINT JOSEPH'S MEDICAL CENTER,
a not-for-profit New York State Corporation;
SAINT CHARLES HOSPITAL and REHABILITATION
CENTER, a not-for-profit New York State
Corporation; EASTERN LONG ISLAND HOSPITAL

FOUNDATION, a not-for-profit New York State
Corporation; LONG BEACH MEDICAL CENTER,
a not-for-profit New York State Corporation;
COLUMBIA MEMORIAL PHYSICIANS HOSPITAL
ORGANIZATION INC.,a not-for-profit New York
State Corporation; BENEDICTINE HOSPITAL,
a not-for-profit New York State Corporation;
HIGHLAND HOSPITAL, a not-for-profit
New York State Corporation; THE MOUNT VERNON
HOSPITAL, a not-for-profit New York State Corporation;
BARNERT HOSPITAL, a not-for-profit
New Jersey State Corporation; PALISADES
MEDICAL CENTER, a not-for-profit New Jersey
State Corporation; TRINITAS HOSPITAL;
a not-for-profit New Jersey State Corporation;
MUHLENBERG REGIONAL MEDICAL CENTER,
a not-for-profit New Jersey State Corporation;
MARYLAND GENERAL HOSPITAL, a not-for-
profit Maryland State Corporation; NORTH BAY
HOSPITAL, a not-for-profit Texas State Corporation;
GUADALUPE VALLEY HOSPITAL, a not-for-profit
Texas State Corporation; OSTEOPATHIC MEDICAL
CENTER OF TEXAS, a not-for-profit Texas State
Corporation; MEMORIAL HERMANN BAPTIST
BEAUMONT HOSPITAL, a not-for-profit Texas
State Corporation; RIVERSIDE GENERAL HOSPITAL,
a not-for-profit Texas State Corporation; MEDICAL
CENTER HOSPITAL, a not-for-profit Texas State
Corporation; DOLLY VINSANT MEMORIAL
HOSPITAL, a not-for-profit Texas State
Corporation; HARTSELLE MEDICAL CENTER,
a not-for-profit Alabama State Corporation;
PROVIDENCE HOSPITAL, a not-for-profit
Alabama State Corporation; COLUMBIA SAINT
MARY'S HOSPITAL, a not-for-profit Wisconsin
State Corporation; SAINT CATHERINE
HOSPITAL, a not-for-profit Indiana State
Corporation; INTEGRIS-CANADIAN VALLEY
REGIONAL HOSPITAL, a not-for-profit Oklahoma
State Corporation; SAINT ELIZABETH HOSPITAL,
a not-for-profit Illinois State Corporation; SAINT MARY
OF NAZARETH, a not-for-profit Illinois State Corporation;
PROVENCIA ST MARY'S HOSPITAL, a not-for-profit Illinois
State Corporation; THOREK HOSPITAL, a not-for-
profit Illinois State Corporation;  TOUCHETTE

REGIONAL HOSPITAL, a not-for-profit
Illinois State Corporation; JACKSON PARK HOSPITAL,
a not-for-profit Illinois State Corporation;
ACCESS HEALTH MANAGEMENT SERVICES,
INC., a for-profit New York State Corporation;
SPECIALCARE HOSPITAL MANAGEMENT
CORPORATION, a for-profit Missouri Corporation,
authorized to do business in New York State;
ROBERT MCNUTT; THOMAS P MILLEA; and
WILLIAM A BILLINGS; individually; "JOHN
DOE HOSPITALS 1-50, whose names are
presently unknown; "JOHN DOE REHABILITATION
CENTERS" "50-100" and "JOHN or JANE DOE  Nos.
"100 -150" and JOHN DOEs "150-175", inclusive who
are presently unknown; the names of the last 175 defendants
 being fictitious, the true names of Defendants
being unknown to Plaintiffs, because their names and/or
capacities and/or facts showing them liable are not known
presently;

                Defendants.            :
-------------------------------------X


    PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(i), no defendant that is being dismissed hereby having answered or moved for summary judgment with respect to any complaint of the Plaintiff-Relator ENRICO MONTAPERTO, Plaintiff-Relator ENRICO MONTAPERTO the hereby dismisses all causes of actions alleged in his Amended Complaint, dated   August 6,2007, except those intervened on by the Complaint in Intervention filed by the United States of America, dated October 8, 2008, and Complaint in Intervention by the State of New York dated October 8, 2008, and further dismisses against as to all defendants, except those defendants named in said Complaints in Intervention, to wit: Benedictine Hospital; Columbia Memorial Physicians Hospital Organization Inc.; Long Beach Medical Center; NY Downtown Hospital, which relator named as NYU Downtown Hospital; Parkway Hospital and New Parkway Hospital; Saint Joseph's Medical Center; Robert McNutt; and Special Care Hospital Management Corporation.  The foregoing dismissals are without prejudice.


Dated: December 12, 2008
      East Meadow, New York

Yours Etc.

ARNOLD SAPHIRSTEIN, ESQ.
Attorney for Plaintiff Monteperto
as8157
155 BELLMORE ROAD
EAST MEADOW NEW YORK 11554
Tele: (516) 731-6011
Fax: (516) 731-5212
E-mail: arniesap4law@aol.com

and

ALAN LEBENBAUM, ESQ.
al2774
2807 KINGS HIGHWAY
BROOKLYN NY 11229
Tele: (917) 826-1371
Fax: (347) 673-6578
E-mail: agllawny@gmail.com


cc: Counsel via ECF and regular mail


RICHARD HAYES, ESQ.
ATTORNEY FOR UNITED STATES OF AMERICA
ASSISTANT UNITED STATES ATTORNEY
271 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201
718.254.6081 phone
718.254.6050 fax
richard.hayes@usdoj.gov e-mail

AMY HELD ESQ.
ATTORNEY FOR NEW YORK STATE
SPECIAL ASSISTANT NEW YORK ATTORNEY GENERAL
OFFICE OF ATTORNEY GENERAL
120 BROADWAY, 13TH FL
NEW YORK NY 10271

212.416.6077 phone
212.416.8405 fax
amy.held@oag.state.ny.us e-mail


ALFREDO F. MENDEZ ESQ.
ATTORNEY FOR DEFENDANT NEW PARKWAY HOSPITAL
ATTORNEY FOR DEFENDANT PARKWAY HOSPITAL ACQUISITIONS, INC.
ABRAMS FENSTERMAN, FENSTERMAN
EISMAN, GREENBERG, FORMATO
630 THIRD AVE, 5TH FL
NEW YORK NY 10017
212.279.9200 phone
212.279-0600 fax
amendez@abramslaw.com e-mail

ANDREW LESLIE ZWERLING ESQ. &
ROBERT ALEXANDER DEL GIORNO
ATTORNEY FOR NEW YORK DOWNTOWN HOSPITAL
ATTORNEY FOR LONG BEACH MEDICAL
GARFUNKEL, WILD & TRAVIS PC
111 GREAT NECK ROAD SUITE 503
GREAT NECK NY 11021
516.393.2200 phone
516.466.5964 fax
rdelgiornio@gwtlaw.com e-mail

JOHN G. MARTIN ESQ.
ATTORNEY FOR OUR LONG BEACH MEDICAL CENTER
GARFUNKEL, WILD & TRAVIS PC
111 GREAT NECK ROAD SUITE 503
GREAT NECK NY 11021
516.393.2200 phone
516.466.5964 fax
jmartin@gwtlaw.com e-mail

ROBERT GOLDSTEIN ESQ.
VICTORIA SLOAN ESQ.
ATTORNEY FOR COLUMBIA MEMORIAL HOSPITAL
EPSTEIN & BECKER & GREEN PC
250 PARK AVE
NEW YORK NY 10177

212.351.4844 phone
212.878.8638 fax
vsloan@ebglaw.com e-mail

KEIR N. DOUGALL ESQ.
ATTORNEY FOR DEFENDANTS SPECIAL CARE
HOSPITAL MANAGEMENT CORP AND
ROBERT MCNUTT
575 MADISON AVE
NEW YORK NY 10022
212.940.8775 phone
212.894.5719 fax
keir.dougall@kattenlaw.com e-mail

ROBERT WANERMAN ESQ
ATTORNEY FOR SPECIAL CARE
EPSTEIN & BECKER & GREEN PC
250 PARK AVE
NEW YORK NY 10177
212.351.4500 phone
212.212.661.0989 fax


GARY P. SCHULTZ ESQ
ATTORNEY FOR ST. JOSEPH'S MEDICAL CENTER
NIXON PEABODY LLP
50 JERICHO QUADRANGLE STE 300
JERICHO NEW YORK 11753-2728
516.832.7500 phone
516.832.7555 fax
gschultz@nixonpeabody.com e-mail

MICHAEL G HAYES ESQ.
ATTORNEY FOR BENEDICTINE HOSPITAL
DANIELS AND PORCO LLP
517 ROUTE 22, POB 668
PAWLING NY 12564
845.855.5900 phone
845.855.5945 fax
mgh@danielsporco.com e-mail

**DAVID A KOENIGSBERG ESQ.**
**MENZ BONNER & KOMAR LLP**
**attorney for Relator Gelfand 02-cv-6079**
**140 E 45TH STREET, 20TH FL**
**NEW YORK NY 10017**
**212.223.2100 phone**
**212.223.2185 fax**
**dkoenigsberg@mbklawyers.com e-mail**

SO ORDERED.

Dated: Central Islip, N.Y.

12/15 2008

Leonard D. Wexler
U.S. District Judge